**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:         Samuel Ricki Hernandez v. The State of Texas

Appellate case number:    01-16-00105-CV

Trial court case number:   13-CV-0806

Trial court:               122nd District Court of Galveston County

On April 5, 2016, the Clerk of this Court forwarded the *pro se* affidavit of indigence for appellate costs filed by appellant, Samuel Ricki Hernandez, to the trial court clerk requesting an indigent clerk's record be filed in this Court by May 5, 2016. *See* TEX. R. APP. P. 20.1(c)(1). On April 7, 2016, the trial court clerk filed a letter in this Court stating that no contest to appellant's affidavit of indigence will be filed by the trial court clerk or court reporter in the trial court. *See id.* 20.1(e)(1).

Accordingly, the allegations in the affidavit of indigence are deemed true, and appellant is entitled to proceed without advance payment of appellate costs. *See* TEX. R. APP. P. at 20.1(f). The Clerk of this Court is **ORDERED** to deem the appellant indigent and that he is allowed to proceed on appeal without advance payment of costs for purposes of the appellate filing fee and the clerk's and reporter's record fees.

On February 11, 2016, the court reporter filed an info sheet in this Court noting that there was no reporter's record taken. Thus, it is further **ORDERED** that the trial court clerk file with this Court, within **30 days** of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

It is so ORDERED.

Judge's signature:    /s/ <u>Laura Carter Higley</u>
                    ☒ Acting individually

Date: <u>April 14, 2016</u>